# Court of Appeals
# of the State of Georgia

ATLANTA,    August 15, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0490.   ANASTASIA DESCHAMPS v. MARATHON INVESTMENT TRUST LLC.**

Anastasia Deschamps filed a wrongful foreclosure suit, which the trial court apparently dismissed on or about March 22, 2013. Deschamps filed a motion for reconsideration from this ruling, which the trial court denied on May 23, 2013.[1] Deschamps then filed this application for discretionary appeal.[2]

To be valid, an application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The proper and timely filing of the application is an absolute requirement to confer appellate jurisdiction upon this Court. See *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995). Filing a motion for reconsideration does not extend the 30-day time period, and the denial of a motion for reconsideration is not itself an appealable order. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007). Because this application was filed more than 30 days after the dismissal order that Deschamps seeks to challenge, we lack

---

[1] In violation of Court of Appeals Rule 31 (b), Deschamps has not included a copy of the motion that led to the order she seeks to appeal. She also failed to include any of the trial court's prior rulings, which she references in her application. See Court of Appeals Rule 31 (c) (applicant required to provide material "sufficient to apprise the Court of the appellate issues, in context, and support the arguments advanced . . .").

[2] Deschamps filed her application in the Supreme Court, which transferred the matter to this Court.

jurisdiction to consider it.  The application is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* 08/15/2013
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*